FILED
07 DEC 12 PM 4:49
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury '07 CR 3356 L

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JORGE LUIS APALATEGUI (1),<br>LILIANA MAGALLANES-HIGUERA (2),<br>Defendants. | Criminal Case No. ______<br>I N D I C T M E N T<br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |

The grand jury charges:

Count 1

On or about December 4, 2007, within the Southern District of California, defendants JORGE LUIS APALATEGUI and LILIANA MAGALLANES-HIGUERA did knowingly and intentionally import 50 kilograms and more, to wit: approximately 82.62 kilograms (181.76 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960, and Title 18, United States Code, Section 2.

//

//

//

WDK:fer:Imperial
12/10/07

Count 2

On or about December 4, 2007, within the Southern District of California, defendants JORGE LUIS APALATEGUI and LILIANA MAGALLANES-HIGUERA did knowingly and intentionally possess, with intent to distribute, 50 kilograms and more, to wit: approximately 82.62 kilograms (181.76 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

DATED: December 12, 2007.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By: DOUGLAS KEEHN
Assistant U.S. Attorney