UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LILIANA MAGALLANES-HIGUERA,<br><br>Defendant. | Case No. 07cr3356-L<br><br>CERTIFICATE OF SERVICE |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

Stewart Young
United States Attorney's Office
880 Front Street
San Diego, CA 92101

Dated: February 26, 2008

*/s/ Erick L. Guzman*
ERICK L. GUZMAN
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
E-mail: erick_guzman@fd.org