FILED
08 APR -7 PM 4:07
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

FILED
2008 APR -3 PM 4:29
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

LILIANA MAGALLANES-HIGUERA,

Defendant.

CASE NO. 07CR3356-L

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of: 21 USC 952 AND 960 - Importation of Marijuana; 21 USC 841(a)(1) - Possession of Marijuan with Intent to Distribute; 18 USC 2 - Aiding and Abetting

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 4/03/08

WILLIAM McCURINE, JR.
UNITED STATES MAGISTRATE JUDGE

I have executed within Judgment of dismissal
Judgment and Commitment on 4/4/08

United States Marshal

By: ____________
USMS Criminal Section

ENTERED ON 4/3/08